# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 09-2395-FRZ-DTF |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| Jesus Lorenzo Ruiz-Kempton ) Raymond Gabriel Ortega ) Luis Miguel Lopez, ) | |
| Defendant(s). ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant Luis Miguel Lopez's Motion to Suppress Evidence and Statements [Doc 29] and Co-Defendants' Motion for Joinder [Doc 30, 39].

On October 5, 2010, Magistrate Judge D. Thomas Ferraro conducted a hearing and on October 15, 2010 issued his Report and Recommendation [Doc 45]. A copy was sent to all parties. Defendant Lopez filed his Objections to Magistrate's Report and Recommendation on December 16, 2010 [Doc 54]. The Government filed a Response to Defendants' Motion to Supplement Record and Stay Ruling on Proposed Objections and to Defendant's Lodging of Proposed Objections [Doc 57].

Defendant Lopez filed a Motion to Correct Testimony [Doc 55] and on January 5, 2011, this Court issued an Order granting Defendant Lopez' Motion remanding back to the Magistrate Judge for rehearing of testimony of Corporal Joseph Bunting.

/////

On March 4, 2011, Magistrate Judge Ferraro conducted the rehearing of testimony from Corporal Bunting.  Magistrate Judge Ferraro issued an Amended Report and Recommendation on March 10, 2011 [Doc 72]. Defendant Luis Miguel Lopez filed his Objection to Amended Report and Recommendation [Doc 73] and Co-Defendants filed Motions to Join in Co-Defendant's Lopez's Objections to Amended Report and Recommendation [Doc 74, 75].  The Government filed their Response to Defendant's Objection to Report and Recommendation on April 7, 2011 [Doc 76].

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Defendant Lopez's Objections to the Amended Report and Recommendation are DENIED.

IT IS FURTHER ORDERED that Magistrate Judge Ferraro's Amended Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS FURTHER ORDERED that Co-Defendants' Motion for Joinder is GRANTED.

IT IS FURTHER ORDERED that the Motion to Suppress is DENIED.

DATED this 14th day of April, 2011.

_____
Frank R. Zapata
Senior United States District Judge